E-FILED
Thursday, 29 June, 2006  01:14:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-1171 |
| GROWTH PROPERTY INVESTMENT GROUP INC., a California corporation, CARLOS E. CARDONA, and FRANK TICAS, individuals, | ) ) ) ) |
| Defendants. | ) ) |

FILED
JUN 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff, Days Inns Worldwide, Inc., furnishes the following in compliance with Rule 11.3 of this Court:

a. The full name of every party or amicus the attorney represents in a case: **Days Inns Worldwide, Inc**.

b. If such party or amicus is a corporation:

   1) Its parent corporation, if any: Cendant Corporation; and

   2) A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus: None.

   3) The name of all law firms whose partners and associates appear for a part or are expected to appear for the party in this court: Schiff Hardin LLP.

Dated: June 27, 2006

Respectfully submitted,

DAYS INNS WORLDWIDE, INC.

_____
Counsel for Plaintiff

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500