E-FILED
Thursday, 29 June, 2006 01:17:15 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

___CENTRAL___   DISTRICT OF   ___ILLINOIS___

DAYS INN WORLDWIDE, INC.
v.
GROWTH PROPERTY INVESTMENT GROUP INC.

**APPEARANCE**

Case Number: 06-1171

FILED
JUN 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAYS INN WORLDWIDE, INC.

I certify that I am admitted to practice in this court.

6/28/06
Date

_Signature_

Fiona A. Burke                                6273779
Print Name                                    Bar Number

SCHIFF HARDIN LLP, 6600 Sears Tower
Address

Chicago           IL           60606
City              State        Zip Code

(312) 258-5752              (312) 258-5600
Phone Number                Fax Number

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL                   DISTRICT OF                   ILLINOIS

DAYS INN WORLDWIDE, INC.
v.
GROWTH PROPERTY INVESTMENT GROUP INC.

**APPEARANCE**

Case Number: 06-1171

**FILED**

JUN 2 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAYS INN WORLDWIDE, INC.

I certify that I am admitted to practice in this court.

6-27-06
Date

Signature

Clay A. Tillack                                        6182927
Print Name                                             Bar Number

SCHIFF HARDIN LLP, 6600 Sears Tower
Address

Chicago            IL              60606
City               State           Zip Code

(312) 258-5758              (312) 258-5600
Phone Number                Fax Number