AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

DAYS INN WORLDWIDE, INC.

V.

GROWTH PROPERTY INVESTMENT GROUP INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1171

TO: (Name and address of Defendant)

Growth Property Investment Group, Inc.
c/o Frank Ticas, President
12311 Pine Street
Garden Grove, CA 92840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                    6/29/06
CLERK                                               DATE

s/C. Lambie
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

DAYS INN WORLDWIDE, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GROWTH PROPERTY INVESTMENT GROUP INC.

CASE NUMBER: 06-1171

TO: (Name and address of Defendant)

Frank Ticas
12311 Pine Street
Garden Grove, CA 92840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                    6/29/06
CLERK                                                  DATE

s/C. Lambie
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   *Date*                         *Signature of Server*

                                        _____
                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

DAYS INN WORLDWIDE, INC.

V.

GROWTH PROPERTY INVESTMENT GROUP INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1171

TO: (Name and address of Defendant)

Carlos E. Cardona
5 Wegeford Cir.
Santa Ana, CA 92694

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                    6/29/06
CLERK                                                DATE

s/C. Lambie
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |
| *Check one box below to indicate appropriate method of service* | | |
| ☐ Served personally upon the defendant. Place where served: | | |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: | | |
| ☐ Returned unexecuted: | | |
| ☐ Other (specify): | | |
| **STATEMENT OF SERVICE FEES** | | |
| TRAVEL | SERVICES | TOTAL $0.00 |
| **DECLARATION OF SERVER** | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       *Date*                                   *Signature of Server*

                                        _____
                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.