AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of Illinois__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>06-1171 | DATE FILED<br>6/29/2006 | U.S. DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| PLAINTIFF<br>Days Inns Worldwide, Inc. | | DEFENDANT<br>Growth Property Investment Group INC. et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 see attached | | Days Inns Worldwide, INC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK<br>John M. Waters | (BY) DEPUTY CLERK<br>S. Marvel | DATE<br>6/29/2006 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## DAYS INN TRADEMARKS

| Trademark | U.S. Registration Number/(U.S. Appl. Serial No.) | Date of Registration/(Date of Application) |
| --- | --- | --- |
| 1-800-DAYS-INN | 2,071,394 | June 17, 1997 |
| DAYBREAK | 1,137,073 | June 17, 1980 |
| DAYS BUSINESS PLACE | 2,459,053 | June 12, 2001 |
| DAYS HOTEL | 1,518,523 | December 27, 1988 |
| DAYS HOTEL AND DESIGN | 1,518,524 | December 27, 1988 |
| DAYS INN | 1,160,430 | July 7, 1981 |
| DAYS INN & DESIGN | 1,420,612 | December 9, 1986 |
| DAYS INN & SUNBURST DESIGN | 1,160,431 | July 7, 1981 |
| DAYS INN & SUNBURST DESIGN | 1,469,518 | December 15, 1987 |
| DAYS INN INNCENTIVES | 2,360,817 | June 20, 2000 |
| DAYS INN INNCENTIVES & SUNBURST DESIGN | 2,391,298 | October 3, 2000 |
| DAYS LODGE AND DESIGN | 1,497,232 | July 19, 1988 |
| DAYS SUITES | 1,665,307 | November 19, 1991 |
| DAYS SUITES AND DESIGN | 1,603,054 | June 19, 1990 |
| DAYS WORK ZONE | 2,430,671 | February 27, 2001 |
| DAYSTOP | 1,629,599 | December 25, 1990 |
| DAYSTOP AND DESIGN | 1,608,551 | July 31, 1990 |
| SEPTEMBER DAYS CLUB | 1,036,373 | March 23, 1976 |
| SUNBURST DESIGN | 1,003,834 | February 4, 1975 |
| THERE YOU GO | 2,325,609 | March 7, 2000 |
| DAYLIGHT SAVINGS | 2,769,294 | September 30, 2003 |
| THE BEST VALUE UNDER THE SUN | (78/352,038) | (January 14, 2004) |
| THE BEST VALUE UNDER THE SUN | (78/353,222) | (January 16, 2004) |
| SOLTERRE | 2,982,220 | August 2, 2005 |
| Sunflower Design | 3,088,461 | May 2, 2006 |
| A PROMISE AS SURE AS THE SUN | (78/491,648) | (September 29, 2004) |

**EXHIBIT A**