AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central                District of                Illinois

DAYS INN WORLDWIDE, INC.

V.

GROWTH PROPERTY INVESTMENT GROUP INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1171

TO: (Name and address of Defendant)

Carlos E. Cardona
5 Wegeford Cir.
Santa Ana, CA 92694

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_                                    6/23/06
CLERK                                               DATE

_C. Lamlee_
(By) DEPUTY CLERK

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| IT'S YOUR SERVE, INC.<br>134 N. LASALLE, NO. 1200<br>CHICAGO, IL 60602<br>(312) 855-0303<br>ATTORNEY FOR (Name):<br><br>USDC-CHICAGO ILLINOIS | |

| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE | |
|---|---|
| DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

Hearing date:        Time:        Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:      CARLOS E. CARDONA
   b. Person served:    party in item 3a

4. Address where the party was served:
   313 N. BIRCH ST.
   SANTA ANA, CA. 92701

5. I served the party named in item 3
   a. by personally delivering the copies on 07-26-06 at 4:15 PM
      (1) at business

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers               d. The fee for service was $         )
   a. WENDY DUFFIELD                       e. I am: (3) Registered California
   b. JANNEY & JANNEY OF ORANGE CTY.              process server
      840 NORTH BIRCH ST.                     (i)    (independent contractor)
      SANTA ANA, CA 92701                     (ii)   Registration No.: # PSC408
   c. (714) 953-9451                          (iii)  County: ORANGE

8. I declare under penalty of perjury under the laws of the State of



840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE<br>DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
|---|---|

California that the foregoing is true and correct.

Date: 07/27/06
Judicial Council Form, Rule 982(a)(23) signature: _____
   OC340499    psv1

Janney & Janney
attorney service, inc.

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**