AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

DAYS INN WORLDWIDE, INC.

V.

GROWTH PROPERTY INVESTMENT GROUP INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1171

TO: (Name and address of Defendant)

Frank Ticas
12311 Pine Street
Garden Grove, CA 92840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_                           _6/29/06_
CLERK                                        DATE

_C. Lamlue_
(By) DEPUTY CLERK

| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> IT'S YOUR SERVE, INC. <br> 134 N. LASALLE, NO. 1200 <br> CHICAGO, IL 60602 <br> (312) 855-0303 <br> ATTORNEY FOR (Name): <br><br> USDC-CHICAGO ILLINOIS | FOR COURT USE ONLY |
| PLAINTIFF/PETITIONER: <br> DAYS INN WORLDWIDE <br> DEFENDANT/RESPONDENT: <br> GROWTH PROPERTY | CASE NO: <br> 06-1171 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

Hearing date:          Time:                    Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:        FRANK TICAS
   b. Person served:       party in item 3a

4. Address where the party was served:
   11752 GARDEN GROVE BLVD.
   GARDEN GROVE, CA. 92843

5. I served the party named in item 3
   a. by personally delivering the copies on 07-28-06 at 2:00 PM
   (1) at business

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers              d. The fee for service was $
   a. WENDY DUFFIELD                     e. I am: (3) Registered California
   b. JANNEY & JANNEY OF ORANGE CTY.           process server
      840 NORTH BIRCH ST.                (i)    (independent contractor)
      SANTA ANA, CA 92701                (ii)   Registration No.: # PSC408
   c. (714) 953-9451                     (iii)  County: ORANGE

8. I declare under penalty of perjury under the laws of the State of



840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE<br>DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
|---|---|

California that the foregoing is true and correct.

Date: 07/28/06
Judicial Council Form, Rule 982(a)(23) signature: _____
   OC340498-1    psv1


Janney & Janney
attorney service, inc.

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**