E-FILED
Wednesday, 23 August, 2006 04:15:27 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

DAYS INN WORLDWIDE, INC.

V.

GROWTH PROPERTY INVESTMENT GROUP INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1171

TO: (Name and address of Defendant)

Growth Property Investment Group, Inc.
c/o Frank Ticas, President
12311 Pine Street
Garden Grove, CA 92840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John M. Waters
CLERK

6/29/06
DATE

C Lamlu
(By) DEPUTY CLERK

| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>IT'S YOUR SERVE, INC.<br>134 N. LASALLE, NO. 1200<br>CHICAGO, IL 60602<br>(312) 855-0303<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE<br>DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

Hearing date:     Time:     Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT

3. a. Party served:     GROWTH PROPERTY INVESTMENT GROUP, INC.
   b. Person served:    CARLOS E. CARDONA
                        PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:
   313 N. BIRCH ST.
   SANTA ANA, CA. 92701

5. I served the party named in item 3
   a. by personally delivering the copies on 07-26-06 at 4:15 PM
      (1) at business

6. The "Notice to the person served" (on the summons) was completed as follows: (c) on behalf of:
   c. GROWTH PROPERTY INVESTMENT GROUP, INC.
   under CCP 416.10
   (corporation)

7. Person who served papers
   a. WENDY DUFFIELD
   b. JANNEY & JANNEY OF ORANGE CTY.
      840 NORTH BIRCH ST.
      SANTA ANA, CA 92701
   d. The fee for service was $
   e. I am: (3) Registered California process server
      (i)  (independent contractor)
      (ii) Registration No.: # PSC408



840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE<br>DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
|---|---|

   c. (714) 953-9451                     (iii) County: ORANGE

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/27/06
Judicial Council Form, Rule 982(a)(23)  signature: _____
  OC340499-1   psv1

**Janney & Janney** attorney service, inc.
840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| IT'S YOUR SERVE, INC.<br>134 N. LASALLE, NO. 1200<br>CHICAGO, IL 60602<br>(312) 855-0303<br>ATTORNEY FOR (Name):<br><br>USDC-CHICAGO ILLINOIS | |

| PLAINTIFF/PETITIONER: DAYS INN WORLDWIDE | |
|---|---|
| DEFENDANT/RESPONDENT: GROWTH PROPERTY | CASE NO: 06-1171 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

Hearing date:           Time:                    Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:       GROWTH PROPERTY INVESTMENT GROUP, INC.
   b. Person served:      FRANK TICAS
                          PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:
   11752 GARDEN GROVE BLVD.
   GARDEN GROVE, CA. 92843

5. I served the party named in item 3
   a. by personally delivering the copies on 07-28-06 at 2:00 PM
   (1) at business

6. The "Notice to the person served" (on the summons) was completed as follows: (c) on behalf of:
   c. GROWTH PROPERTY INVESTMENT GROUP, INC.
   under CCP 416.10
   (corporation)

7. Person who served papers
   a. DONALD L. NIEMEYER
   b. JANNEY & JANNEY OF ORANGE CTY.
      840 NORTH BIRCH ST.
      SANTA ANA, CA 92701

   d. The fee for service was $
   e. I am: (3) Registered California process server
      (i)    (independent contractor)
      (ii)   Registration No.: # PSC 1374



**Janney & Janney** attorney service, inc.

840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER: DAYS INN WORLDWIDE DEFENDANT/RESPONDENT: GROWTH PROPERTY | CASE NO: 06-1171 |
|---|---|

   c. (714) 953-9451　　　　　　　　　　(iii) County: ORANGE

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/28/06
Judicial Council Form, Rule 982(a)(23) signature: _____
  OC340498    psv1



840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**