**E-FILED**
Wednesday, 25 October, 2006  11:37:42 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| **DAYS INNS WORLDWIDE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 06-CV-01171-MMM-BGC** |
| **v.** | ) | |
| | ) | **Hon. Michael M. Mihm** |
| | ) | |
| **GROWTH PROPERTY INVESTMENT** | ) | **Magistrate Judge Byron G. Cudmore** |
| **GROUP, INC., a California Corporation,** | ) | |
| **CARLOS E. CARDONA, and FRANK** | ) | |
| **TICAS, individuals,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Days Inns Worldwide, Inc. ("DIW") hereby moves the Clerk of this Court to enter a default against defendant Growth Property Investment Group, Inc. ("GPIG") for its failure to answer or file a responsive pleading to DIW's Complaint within the time required by law.  In support of its motion, DIW states as follows:

1.       On June 30, 2004, DIW entered into a License Agreement with GPIG for the operation of a 118-room Days Inn guest lodging facility, located at 3282 N. Henderson St., Galesburg, IL 61401, Site No. 797 (the "Facility").  Effective as of the date of the License Agreement, Cardona and Ticas, jointly and severally provided DIW with a Guaranty of GPIG's obligations under the License Agreement.  Due to Defendants' unauthorized transfer of the Facility to a third party in violation of the License Agreement, the License Agreement was terminated effective December 31, 2004.

2.     On June 29, 2006, DIW filed its Complaint in this action, seeking damages from Defendants for their breaches of the License Agreement and Guaranty and for contributing to their transferee's infringement of DIW's trademarks, trade names, service marks and logos (the "Days Inn Marks"). DIW properly served defendants GPIG, Carlos Cardona, and Frank Ticas. Defendant GPIG has not filed an answer or other responsive pleading.

3.     On July 26, 2006, defendant GPIG was served through Carlos Cardona, the Vice President of the corporation, at 313 North Birch Street, Santa Ana, CA 92701, with a copy of the summons and Complaint by Wendy Duffield, a special process server. A true and correct copy of Ms. Duffield's Proof of Service upon GPIG is on file with this Court as Docket No. 9 and is attached hereto as Group Exhibit A.

4.     On July 28, 2006, defendant GPIG was again served through Frank Ticas, the President of the corporation, at 11752 Garden Grove Blvd., Garden Grove, CA 92843, with a copy of the summons and Complaint by Donald Niemeyer, a special process server. A true and correct copy of Mr Niemeyer's Proof of Service upon GPIG is on file with this Court as Docket No. 9 and is attached hereto as Group Exhibit A.

5.     While both Mr. Cardona and Mr. Ticas have appeared *pro se,* GPIG has failed to file an appearance.

6.     Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), defendant GPIG was required to file its answer to the Complaint within 20 days of service of the summonses and Complaint. More than 20 days have expired since GPIG was served with notice of DIW's claims and, as of October 25, 2006, GPIG has not filed an appearance, answer, or other responsive pleading in this matter.

WHEREFORE, plaintiff Days Inn Worldwide Inc. respectfully requests that the Clerk of this Court enter a default against Defendant Growth Property Investment Group, Inc. for failing to answer Plaintiffs Complaint within the time prescribed by law.

Dated: October 25, 2006                          Respectfully submitted,

                                                 DAYS INNS WORLDWIDE, INC.

                                                 By:___s/Fiona A. Burke_____
                                                       Counsel for Plaintiff
                                                       Fiona A. Burke Bar Number: 6273779

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (facsimile)
ctillack@schiffhardin.com
fburke@schiffhadin.com

## CERTIFICATE OF SERVICE

I, Fiona A. Burke, an attorney, hereby certify that on October 25, 2006, I electronically filed the foregoing **Motion for Entry of Default** with the Clerk of the Court using the CM/ECF system, and I hereby certify that on October 25, 2006, I mailed by United States Postal Service the foregoing Motion, including the notice of electronic filing, to the following non-CM/ECF participants:

## BY U.S. MAIL

Frank Ticas, individually
and as President of Growth Property Investment Group, Inc.
12540 Euclid Street, #202
Garden Grove, CA 92840

Mr. Carlos E. Cardona, individually
and as Vice President of Growth Property Investment Group, Inc.
5 Wegeford Circle
Ladera Ranch, CA 92694

By:___s/ Fiona A. Burke_____
Counsel for Plaintiff
Fiona A. Burke Bar Number: 6273779
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Fax: (312) 258-5700
E-mail: fburke@schiffhardin.com

# GROUP
# EXHIBIT A

**E-FILED**
Wednesday, 23 August, 2006 04:15:27 PM
Clerk, U.S. District Court, ILCD

%₂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

DAYS INN WORLDWIDE, INC.

**SUMMONS IN A CIVIL ACTION**

V.

GROWTH PROPERTY INVESTMENT GROUP
INC.

CASE NUMBER: $O6 - 1171$

TO: (Name and address of Defendant)

Growth Property Investment Group, Inc.
c/o Frank Ticas, President
12311 Pine Street
Garden Grove, CA 92840

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clay A. Tillack
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____John M. Waters_____
CLERK

_____6/29/06_____
DATE

_____C. Lamlin_____
(By) DEPUTY CLERK

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| IT'S YOUR SERVE, INC.<br>134 N. LASALLE, NO. 1200<br>CHICAGO, IL 60602<br>(312) 855-0303<br><br>ATTORNEY FOR (Name): | |

| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE | |
|---|---|
| DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

Hearing date:                 Time:                          Dept./Div.:

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS AND COMPLAINT

3.  a.  Party served:       GROWTH PROPERTY INVESTMENT GROUP, INC.
    b.  Person served:      CARLOS E. CARDONA
                            PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4.  Address where the party was served:
                            313 N. BIRCH ST.
                            SANTA ANA, CA. 92701

5.  I served the party named in item 3
    a. by personally delivering the copies on 07-26-06 at 4:15 PM
    (1) at business

6.  The "Notice to the person served" (on the summons) was completed as
    follows: (c) on behalf of:
    c. GROWTH PROPERTY INVESTMENT GROUP, INC.
    under CCP 416.10
    (corporation)

7.  Person who served papers          d. The fee for service was $
    a. WENDY DUFFIELD                  e. I am: (3) Registered California
    b. JANNEY & JANNEY OF ORANGE CTY.        process server
       840 NORTH BIRCH ST.             (i)   (independent contractor)
       SANTA ANA, CA 92701             (ii)  Registration No.: # PSC408



Janney & Janney
attorney service, inc.

Judicial Council Form POS-010 Rule 982.8.(a)&(b) Rev July 1, 2004

840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE<br>DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
|---|---|

   c. (714) 953-9451       (iii) County: ORANGE

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/27/06
Judicial Council Form, Rule 982(a)(23) signature:
  OC340499-1  psvl



**JJ Janney & Janney** attorney service, inc.

Judicial Council Form POS-010 Rule 982.9 (a)&(b) Rev July 1, 2004)

840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| IT'S YOUR SERVE, INC.<br>134 N. LASALLE, NO. 1200<br>CHICAGO, IL 60602<br>(312) 855-0303<br><br>ATTORNEY FOR (Name):<br><br>USDC-CHICAGO ILLINOIS | |

PLAINTIFF/PETITIONER:
DAYS INN WORLDWIDE

DEFENDANT/RESPONDENT:
GROWTH PROPERTY

CASE NO:
06-1171

Ref. No. or File No:

## PROOF OF SERVICE OF SUMMONS

| Hearing date: | Time: | Dept./Div.: |
|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS & COMPLAINT

3.  a.  Party served:        GROWTH PROPERTY INVESTMENT GROUP, INC.
    b.  Person served:      FRANK TICAS
                            PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4.  Address where the party was served:
                            11752 GARDEN GROVE BLVD.
                            GARDEN GROVE, CA. 92843

5.  I served the party named in item 3
    a. by personally delivering the copies on 07-28-06 at 2:00 PM
       (1) at business

6.  The "Notice to the person served" (on the summons) was completed as
    follows: (c) on behalf of:
                            c. GROWTH PROPERTY INVESTMENT GROUP, INC.
                            under CCP 416.10
                            (corporation)

7.  Person who served papers            d. The fee for service was $
    a. DONALD L. NIEMEYER                e. I am: (3) Registered California
    b. JANNEY & JANNEY OF ORANGE CTY.       process server
       840 NORTH BIRCH ST.               (i)    (independent contractor)
       SANTA ANA, CA 92701               (ii)   Registration No.: # PSC 1374



**Janney & Janney**
attorney service, inc.

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER:<br>DAYS INN WORLDWIDE<br>DEFENDANT/RESPONDENT:<br>GROWTH PROPERTY | CASE NO:<br>06-1171 |
|---|---|

   c. (714) 953-9451        (iii) County: ORANGE

8.  I declare under penalty of perjury under the laws of the State of
   California that the foregoing is true and correct.

Date: 07/28/06
Judicial Council Form, Rule 982(a)(23) signature: _____
  OC340498    psvl

**J J Janney & Janney**
attorney service, inc.

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004)

840 NORTH BIRCH ST.
SANTA ANA, CA 92701
**(714) 953-9451**
www.janneyandjanney.com

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**