UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GROWTH PROPERTY INVESTMENT ) <br> GROUP, INC., a California Corporation, ) <br> CARLOS E. CARDONA, and FRANK ) <br> TICAS, individuals, ) <br> ) <br> Defendants. ) | Case No. 06-CV-01171-MMM-BGC <br><br> Hon. Michael M. Mihm <br><br> Magistrate Judge Byron G. Cudmore |

## PROPOSED SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, plaintiff Days Inns Worldwide, Inc. ("DIW"), by its attorneys:

>Clay A. Tillack
>Schiff Hardin LLP
>6600 Sears Tower
>Chicago, IL 60606-6473
>Telephone: (312) 258-5758

have spoken with *pro se* defendants:

>Carlos E. Cardona
>5 Wegeford Circle
>Ladera Ranch, CA 92694
>Telephone: (714) 285-0500
>e-mail: cardona_8@msn.com

>Frank Ticas
>12540 Euclid Street, #202
>Garden Grove, CA 92840

by telephone separately (Mr. Ticas on November 1, 2006 and Mr. Cardona on November 2, 2006) to confer about scheduling for this case. Defendants have no objection to the following

proposed schedule. Accordingly, pursuant to Fed. R. Civ. P. 26(f) and this Court's September 27, 2006 Order ("Order"), DIW respectfully submits this Proposed Scheduling Order in accordance with this Court's Order.

1. Initial disclosures under Rule 26 to be made by December 4, 2006.

2. No motions to join other parties or to amend the pleadings to be filed after December 29, 2006.

3. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by May 30, 2007. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by June 29, 2007.

4. The parties have until April 30, 2007, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply. The parties have until July 30, 2007 to complete expert discovery.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6. The parties have until August 30, 2007 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final Pre-Trial Conference is scheduled for _____ at ___ a.m. before U.S. District Judge Michael M. Mihm. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 – Pre-Trial Procedures.)

8. Trial is scheduled for _____ at ___ a.m. on the trial calendar of U.S. District Judge Michael M. Mihm.

9. If the parties consent to trial before U.S. Magistrate Judge Cudmore, the final pre-trial date and trial date may be changed.

10. A settlement conference will be hosted by U.S. Magistrate Judge Cudmore in Peoria by joint request of the parties.

11. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRETRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

Dated: November 2, 2006

Respectfully submitted,

DAYS INNS WORLDWIDE, INC.

By: _____
Counsel for Plaintiff
Clay A. Tillack

Clay A. Tillack
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
ctillack@schiffhardin.com
fburke@schiffhardin.com

## CERTIFICATE OF SERVICE

I, Fiona A. Burke, an attorney, hereby certify that on November 2, 2006, I electronically filed the foregoing **Plaintiff's Proposed Scheduling Order** with the Clerk of the Court using the CM/ECF system, and I hereby certify that on November 2, 2006, I mailed by United States Postal Service the foregoing Motion, including the notice of electronic filing, to the following non-CM/ECF participants:

## BY U.S. MAIL

Frank Ticas, individually
and as President of Growth Property Investment Group, Inc.
11752 Garden Grove Blvd.
Suite 114
Garden Grove, CA 92843

Mr. Carlos E. Cardona, individually
and as Vice President of Growth Property Investment Group, Inc.
5 Wegeford Circle
Ladera Ranch, CA 92694

By: /s/ Fiona A. Burke
Counsel for Plaintiff
Fiona A. Burke Bar Number: 6273779
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Fax: (312) 258-5700
E-mail: fburke@schiffhardin.com

*CH1\ 4742983.1*