## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **DAYS INNS WORLDWIDE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 06-CV-01171-MMM-BGC |
| v. ) | |
| ) | Hon. Michael M. Mihm |
| ) | |
| **GROWTH PROPERTY INVESTMENT** ) | Magistrate Judge Byron G. Cudmore |
| **GROUP, INC., a California Corporation,** ) | |
| **CARLOS E. CARDONA, and FRANK** ) | |
| **TICAS, individuals,** ) | |
| ) | |
| **Defendants.** ) | |

### SUPPLEMENT TO CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff, Days Inns Worldwide, Inc., furnishes the following in compliance with Rule 11.3 of this Court and Rule 7.1(b)(2) of the Federal Rules of Civil Procedure:

a.  The full name of every party or amicus the attorney represents in a case: **Days Inns Worldwide, Inc**.

b.  If such party or amicus is a corporation:

  1) Its parent corporation, if any: Wyndham Hotel Group, Inc.; and

  2) A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus: None.

  3) The name of all law firms whose partners and associates appear for a part or are expected to appear for the party in this court: Schiff Hardin LLP.

In addition, Days Inn Worldwide, Inc. states that the parent corporation of Wyndham Hotel Group, Inc. is Wyndham Worldwide Corporation, a publicly held company.

Dated:  November 10, 2006                                    Respectfully submitted,


                                                DAYS INNS WORLDWIDE, INC.


                                                By:     s/Fiona A. Burke
                                                Fiona A. Burke Bar Number: 6273779


Clay A. Tillack
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
ctillack@schiffhardin.com
fburke@schiffhardin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006, I electronically filed the foregoing **Plaintiff's Supplement to Certificate of Interest** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiffs, and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

> Frank Ticas, individually
> and as President of Growth Property Investment Group, Inc.
> 11752 Garden Grove Blvd
> Suite 114
> Garden Grove, CA 92843
>
> Carlos Cardona, individually
> and as Vice President of Growth Property Investment Group, Inc.
> 5 Wegeford Circle
> Ladera Ranch, CA 92694

    s/Fiona A. Burke
Fiona A. Burke Bar Number: 6273779
One of the Attorneys for Plaintiff
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (facsimile)
fburke@schiffhardin.com
