UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
DEC 1 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-CV-01171-MMM-BGC |
| | ) Hon. Michael M. Mihm |
| GROWTH PROPERTY INVESTMENT GROUP, INC., a California Corporation, CARLOS E. CARDONA, and FRANK TICAS, individuals, | ) Magistrate Judge Byron G. Cudmore |
| Defendants. | ) |

### DEFAULT JUDGMENT ORDER

This matter having come before the Court pursuant to Rule 55 of the Federal Rules of Civil Procedure and upon plaintiff Days Inns Worldwide, Inc.'s ("DIW") Motion for Default Judgment, and the Court having been fully advised,

**IT IS HEREBY ORDERED THAT:**

Judgment is entered in favor of plaintiff Days Inns Worldwide, Inc. and against the Defaulted Defendant Growth Property Investment Group, Inc., as follows:

(a) $93,442.56 in Infringement Damages as a result of Growth Property Investment Group, Inc.'s unauthorized transfer of the Facility and its contributory infringement of the Days Inn Marks following the termination of the License Agreement; and

(b) $118,000.00 in Liquidated Damages for premature termination of the License Agreement, plus interest in the amount of $37,701.00,; and

(c) $1,000.00 in Addendum Liquidated Damages for premature termination of the Satellite Connectivity Services Addendum to the License Agreement, plus interest in the amount of $330.00; and

(d) $23,307.67 in Recurring Fees plus interest; and

(e) $21,042.06 in attorneys' fees, costs and expenses;

for a total award of $294,823.29 against defendant Growth Property Investment Group, Inc., plus post-judgment interest.

Dated: 12/13/06

ENTERED:

s/ Michael M. Mihm
The Honorable Michael M. Mihm
United States District Court Judge