AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

DAYS INNS WORLDWIDE, INC.
v.
GROWTH PROPERTY INVESTMENT GROUP

**APPEARANCE**

Case Number: 06-cv-01171

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAYS INNS WORLDWIDE, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/7/2007 | *[signature]* |
| Date | Signature |
| | Mark E. Ashton — 6287992 |
| | Print Name / Bar Number |
| | SCHIFF HARDIN LLP/6600 Sears Tower |
| | Address |
| | Chicago / IL / 60606 |
| | City / State / Zip Code |
| | (312) 258-5500 / (312) 258-5600 |
| | Phone Number / Fax Number |