## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed the foregoing **Appearance of Mark E. Ashton** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiffs, and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

Frank Ticas, individually
and as President of Growth Property Investment Group, Inc.
11752 Garden Grove Blvd
Suite 114
Garden Grove, CA 92843

Carlos Cardona, individually
and as Vice President of Growth Property Investment Group, Inc.
5 Wegeford Circle
Ladera Ranch, CA 92694

                                                  s/Mark E. Ashton
Mark E. Ashton Bar Number: 6287992
One of the Attorneys for Plaintiff
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (facsimile)
mashton@schiffhardin.com

CH1\ 4860556.1