IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GROWTH PROPERTY INVESTMENT GROUP, INC., a California corporation, and CARLOS E. CARDONA and FRANK TICAS, individuals, <br><br> Defendants. | Case No.  06-CV01171-MMM-BGC <br><br> Hon. Michael M. Mihm <br><br> Magistrate Judge Byron G. Cudmore |

### SUBMISSION OF ATTORNEYS' FEES DECLARATION PURSUANT TO THE COURT'S FEBRUARY 28, 2007 AWARD OF FEES

Pursuant to this Court's February 28, 2007 Text Order, plaintiff Days Inns Worldwide, Inc. ("DIW") hereby respectfully submits information to the Court regarding the attorneys' fees it incurred in preparing and presenting its successful Motion to Compel Initial Disclosures (Doc. #18) against defendant Frank Ticas. DIW seeks $588.50 in attorneys fees, as set forth in the Declaration of Mark E. Ashton, attached as Exhibit A.

DAYS INNS WORLDWIDE, INC.

By: s/Mark E. Ashton
Counsel for Plaintiff
Mark E. Ashton Bar Number: 6287992

Clay A. Tillack
Fiona A. Burke
Mark E. Ashton
SCHIFF HARDIN LLP
6600 Sears Tower, 233 South Wacker Drive
Chicago, IL  60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
ctillack@schiffhardin.com
fburke@schiffhardin.com
mashton@schiffhardin.com

Dated:  March 12, 2007

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GROWTH PROPERTY INVESTMENT GROUP, INC., a California corporation, and CARLOS E. CARDONA and FRANK TICAS, individuals, <br><br> Defendants. | Case No. 06-CV01171-MMM-BGC <br><br> Hon. Michael M. Mihm <br><br> Magistrate Judge Byron G. Cudmore |

### DECLARATION OF MARK E. ASHTON

I, Mark E. Ashton, declare as follows:

1. I am one of the attorneys at Schiff Hardin LLP representing plaintiff Days Inns Worldwide, Inc. ("DIW") in this matter and respectfully submit this declaration in support of DIW's submission of its attorneys' fees awarded by the Court in its Order dated February 28, 2007 ("Order"). I have personal knowledge of the following facts, and am prepared to testify to them if called as a witness.

2. In its Order, the Court awarded DIW attorneys' fees incurred in connection with bringing its successful Motion to Compel Initial Disclosures from defendant Frank Ticas, pursuant to Rule 37(a)(4) of the Federal Rules of Civil Procedure.

3. Of the fees incurred, DIW seeks $588.50, comprised of 1.6 hours of my time at my hourly rate of $260.00, and .5 hour of Fiona A. Burke's time at Ms. Burke's hourly rate of $345, spent preparing, filing, and serving the Motion to Compel. Although Plaintiff's counsel made efforts to obtain Mr. Ticas' overdue initial disclosures before filing the Motion to Compel, DIW seeks only $588.50 of its fees incurred in connection with its Motion to Compel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2007.

s/Mark E. Ashton<br>Mark E. Ashton Bar Number: 6287992

SCHIFF HARDIN LLP
6600 Sears Tower, 233 South Wacker Drive
Chicago, IL  60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
mashton@schiffhardin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the foregoing **Submission of Attorneys' Fees Declaration** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

>Frank Ticas, individually
>and as President of Growth Property Investment Group, Inc.
>11752 Garden Grove Blvd
>Suite 114
>Garden Grove, CA 92843
>
>Carlos Cardona, individually
>and as Vice President of Growth Property Investment Group, Inc.
>5 Wegeford Circle
>Ladera Ranch, CA 92694

>s/Mark E. Ashton
>Mark E. Ashton Bar Number: 6287992
>One of the Attorneys for Plaintiff
>Schiff Hardin LLP
>6600 Sears Tower
>Chicago, IL 60606
>(312) 258-5500
>(312) 258-5600 (facsimile)
>mashton@schiffhardin.com

CH1\ 4893603.1