### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., | |
| Plaintiff, | |
| | Case No.  06-CV-01171-MMM-BGC |
| v. | |
| | Hon. Michael M. Mihm |
| GROWTH PROPERTY INVESTMENT GROUP, INC., a California corporation, and CARLOS E. CARDONA and FRANK TICAS, individuals, | Magistrate Judge Byron G. Cudmore |
| Defendants. | |

**MOTION FOR EXTENSION OF FACT DISCOVERY CUT-OFF**

Plaintiff Days Inns Worldwide, Inc. ("DIW") respectfully requests that the Court extend the cut-off for fact discovery by sixty days to enable it to complete fact discovery of the two individual defendants, both of whom have appeared pro se. In support of this Motion, DIW states as follows:

1.      Under the Court's Scheduling Order, entered on November 7, 2006 [Doc. #13], the fact discovery deadline in this case is April 30, 2007. Rule 26(a) disclosures were to be served no later than December 4, 2006.  Only limited disclosures have been made by Mr. Cardona, and nothing has been provided by Mr. Ticas.

2.      On February 7, 2007, DIW moved to compel Defendant Frank Ticas' ("Ticas") overdue Rule 26(a) disclosures [Doc. #18]. The Court granted that motion on February 28, 2007, and required Ticas to serve his Rule 26(a) disclosures by March 16, 2007[1].

3.      To this date, Ticas has not served his mandatory Rule 26(a) disclosures on DIW.

---

[1] The Court also required Ticas to pay DIW's attorneys' fees and costs in bringing the motion to compel. Ticas has not done so.

4.	Because of the delays encountered to date, and because defendants are not represented by counsel, DIW estimates it will need an additional sixty days beyond the current cut-off in order to complete its discovery of this matter.

5.	DIW does not request that the Court extend any of the deadlines in the Scheduling Order other than the deadline for fact discovery.

WHEREFORE, DIW requests that the Court issue an order granting a sixty-day extension to the fact discovery deadline, through and including June 30, 2007, and granting such further and other relief as the Court shall deem appropriate.

DAYS INNS WORLDWIDE, INC.

By:	s/Mark E. Ashton
	By Its Attorneys

Clay A. Tillack
Fiona A. Burke
Mark E. Ashton
Schiff Hardin LLP
6600 Sears Tower, 233 South Wacker Drive
Chicago, IL  60606-6473
(312) 258-5500

Dated: April 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically filed the foregoing **Motion for Extension of Fact Discovery Cut-Off** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiffs, and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

>Frank Ticas, individually
>and as President of Growth Property Investment Group, Inc.
>11752 Garden Grove Blvd
>Suite 114
>Garden Grove, CA 92843
>
>Carlos Cardona, individually
>and as Vice President of Growth Property Investment Group, Inc.
>5 Wegeford Circle
>Ladera Ranch, CA 92694

>s/Mark E. Ashton
>Mark E. Ashton Bar Number: 6182927
>One of the Attorneys for Plaintiff
>Schiff Hardin LLP
>6600 Sears Tower
>Chicago, IL 60606
>(312) 258-5500
>(312) 258-5600 (facsimile)
>mashton@schiffhardin.com

CH1\ 4928231.1