## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., | |
| Plaintiff, | |
| v. | Case No.  06-CV-01171-MMM-BGC |
| GROWTH PROPERTY INVESTMENT GROUP, INC., a California corporation, and CARLOS E. CARDONA and FRANK TICAS, individuals, | Hon. Michael M. Mihm  Magistrate Judge Byron G. Cudmore |
| Defendants. | |

### MOTION TO COMPEL DISCOVERY RESPONSES

Plaintiff Days Inns Worldwide, Inc. ("DIW"), by its attorneys, hereby respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), to compel Defendant Frank Ticas ("Ticas") to immediately serve his answers to DIW's interrogatories and document requests in compliance with Federal Rules of Civil Procedure 33 and 34.  DIW also moves this Court for an award of its reasonable attorneys' fees incurred in bringing this Motion and for an order, pursuant to Rule 37(d), barring Ticas from introducing or using in any motion, or at trial, any information that he does not produce to DIW in full compliance with any Order compelling his discovery responses that this Court may issue.  In support of its Motion, DIW states as follows:

1.  DIW filed the instant action on June 29, 2006, seeking damages for breach of a license agreement and guaranty for the operation of a Days Inn guest lodging facility, and damages for Defendants' unauthorized use of the Days Inn trademarks after termination of the license agreement.

2. Ticas was personally served with summons and a copy of the Complaint on July 28, 2006. Ticas appeared *pro se* and filed his Verified Answer with this Court on August 25, 2006.

3. On November 6, 2006, after consultation with the parties in a scheduling conference, the Court entered a scheduling order requiring, among other things, that the parties complete fact discovery no later than April 30, 2007. (Scheduling Order, Doc. 13.)

4. Because of difficulties coordinating discovery with defendants Ticas and Cardona, both of whom have appeared *pro se*, DIW moved on April 6, 2007 to extend the fact discovery deadline by sixty days (Doc. 21). On April 10, 2007, the Court granted that motion and extended the fact discovery deadline to June 30, 2007.

5. On May 3, 2007, DIW served its Document Requests, Interrogatories, and Requests to Admit on defendants Ticas and Cardona. To date, neither Ticas nor Cardona have responded to these requests.

6. On June 26, 2007, Clay A. Tillack, counsel for DIW, called Ticas to inquire after his progress in responding to discovery. Ticas stated that he was having trouble receiving mail, and provided DIW with a new address and facsimile number. Counsel for DIW re-sent DIW's discovery requests to Ticas via Federal Express and facsimile later that day. Ticas represented that he would respond to these requests.

7. As of August 7, 2007, Ticas has not responded to any of DIW's discovery requests.

8. In accordance with Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure and Local Rule 37.2, DIW certifies that it has made good faith attempts to consult with Ticas and to

prompt him to comply with his discovery obligations, but those attempts have proven unsuccessful.

9. Accordingly, as set forth in Federal Rule of Civil Procedure 37(a)(2)(B), DIW is entitled to an order compelling Ticas to immediately answer and respond to DIW's Document Requests and Interrogatories. Pursuant to Rule 37(a)(4) of the Federal Rules of Civil Procedure, DIW additionally is entitled to its reasonable expenses incurred in making its Motion to Compel, including its attorneys' fees.

10. In view of Ticas' failures to comply with his discovery obligations, DIW further respectfully requests that the Court enter an order, pursuant to Federal Rule of Civil Procedure 37(d), barring Ticas from introducing or using in any motion or at trial any information that he does not produce to DIW in full compliance with any order which this Court may issue in response to DIW's Motion to Compel.

**WHEREFORE**, plaintiff Days Inns Worldwide, Inc. respectfully requests that this Court enter an order (1) compelling Ticas to immediately to serve responses to DIW's Document Requests and Interrogatories, (2) ordering Ticas to pay DIW its reasonable attorneys' fees incurred in bringing this motion, to be determined by the Court upon a petition submitted within 10 days of any order resulting from this Motion, and (3) barring Ticas from introducing or using in any motion or at trial any information that he did not produce to DIW in full compliance with any Order compelling his discovery responses that may be issued by this Court, and for such further relief as this Court deems just and appropriate.

                                                  Respectfully Submitted,

                                                  DAYS INNS WORLDWIDE, INC.

                                                  By:   s/Mark E. Ashton
                                                        Mark E. Ashton  Bar Number: 6287992
                                                        One of the Attorneys for Plaintiff

Clay A. Tillack
Fiona A. Burke
Mark E. Ashton
Schiff Hardin LLP
6600 Sears Tower, 233 South Wacker Drive
Chicago, IL  60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
ctillack@schiffhardin.com
fburke@schiffhardin.com
mashton@schiffhardin.com

Dated:  August 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing **Motion to Compel Discovery Responses** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiffs, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

Frank Ticas, individually
and as President of Growth Property Investment Group, Inc.
12058 Foster Rd.
Norwalk, CA 90658

Carlos Cardona, individually
and as Vice President of Growth Property Investment Group, Inc.
P.O. Box 2145
Mission Viejo, CA 92690-0145

s/Mark E. Ashton
Mark E. Ashton Bar Number: 6287992
One of the Attorneys for Plaintiff
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (facsimile)
mashton@schiffhardin.com

CH1\ 5141098.1