E-FILED
Tuesday, 15 January, 2008  04:19:02 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| GROWTH PROPERTY INVESTMENT GROUP INC., CARLOS CARDONA, FRANK TICAS, | ) Case No. 06-1171 |
| Defendants. | ) |

## ORDER

Before the Court is a Motion for Attorney Fees and Accrued Interest filed by Plaintiff Days Inns Worldwide, Inc. (DIW). For the reasons set forth below, the Motion for Attorney Fees and Accrued Interest [#34] is GRANTED.

### DISCUSSION

On November 29, 2007, the Court granted DIW's Motion for Summary Judgment. DIW then filed a Bill of Costs and Motion for Attorney Fees and Accrued Interest that was accompanied by supporting documentation. Defendants Carlos E. Cardona and Frank Ticas failed to file objections. This Order follows.

A.  <u>Accrued Interest</u>

Pursuant to the Court's Order for Summary Judgment, the Court found that DIW is entitled to interest on the recurring fees and liquidated damages as stated in the

contract between Defendant Growth Property Investment Group, Inc. (GPIG). The Court directed DIW to submit an accrued interest calculation.

DIW states that accrued interest, calculated from November 8, 2006 (the date to which interest was calculated in DIW's Motion for Default Judgment), to December 13, 2007 (the date of DIW's Motion for Attorney Fees), is $27,467.37, or a per diem amount of $68.66.

Accordingly, the Court awards $29,807.67 in accrued interest through this date of judgment.

    B.    <u>Attorney Fees</u>

Pursuant to the Court's Order for Summary Judgment, the Court found that DIW is entitled to reasonable attorney fees as stated in the contract between DIW and Defendant GPIG.

The Court reviewed the billing sheets submitted by DIW, and the Court believes that DIW exercised billing judgment prior to submitting these sheets. Therefore, the Court accepts the attorney fees total as presented by DIW. Accordingly, the Court awards $45,151.50 in attorney fees.

## CONCLUSION

For the reasons set forth herein, the Motion for Attorney Fees and Accrued Interest [#34] is GRANTED. Attorney fees are awarded in the amount of $45,151.50, and accrued interest is awarded in the amount of $29,807.67.

ENTERED this 15th day of January, 2008.

                                               /s/ Michael M. Mihm
                                               Michael M. Mihm
                                               United States District Judge