AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
JAN 1 6 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Days Inns Worldwide, Inc.**
*a Delaware corporation*

vs.

Case Number: **06-1171**

**Growth Property Investment Group Inc.**
*a California Corporation*, **Carlos E. Cardona**
*Vice President of GPIG*, **and Frank Ticas**
*President of GPIG*

   **DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that pursuant to Order entered 12/13/2006, Dft Growth Investment Group INC. was terminated. Motion for Default Judgment entered awarding a) $93,442.56 in infringement damages; b) $118,000.00 in liquidated damages, plus interest in sum of $37,701.00; c) $1,000.00 in addendum liquidated damages for premature termination, plus $330.00 interest; d) $23,307.67 in recurring fees plus interest; e) $21,042.06 in attorney fees, costs and expenses. Total award: $294,823.29 against Growth Property Investment Groups, plus post-judgment interest. IT IS FURTHER ORDERED and ADJUDGED that on 11/29/2007 Order entered granting summary judgment jointly and severally against Defendants Carlos E. Cardona and Frank Ticas for $294,823.29, plus additional attorneys' fees, costs and accrued interest. Costs of suit in the amount of $1,835.67 of which $1,709.06 was previously awarded against GPIG entered by Clerk on 1/3/2008. IT IS FURTHER ORDERED that on 1/15/08, attorneys fees were awarded in the amount of $45,151.50 jointly and severally against Cardona and Ticas, of which $19,333.00 previously was awarded jointly and severally against Growth Property Investment Group, Inc., and accrued interest was awarded in the amount of $29,807.67. Total against Cardona and Ticas is $350,576.07, and total against GPIG is $324,630.69 including accrued prejudgment interest plus post-judgment interest.

ENTER this 16th day of January, 2008

PAMELA E. ROBINSON, CLERK
s/R. Knox
BY: DEPUTY CLERK

06-1171.wpd